### MARCH 23, 1993

No. 92–8064 (A–721).   SANTANA *v.* RICHARDS, GOVERNOR OF TEXAS, ET AL.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

### MARCH 24, 1993

No. 92–8089 (A–729).   MONTOYA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

### MARCH 29, 1993

No. —— – ——.   HEMMERLE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SUNRISE SAVINGS & LOAN ASSN., ET AL.   Motion to direct the Clerk to treat the notice of appeal as a petition for writ of certiorari and to file the petition denied.

No. A–446.   HILLS *v.* UNITED STATES.   Application for bond, addressed to JUSTICE BLACKMUN and referred to the Court, denied.